AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Cheryl Johnson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  14-3001 |
| Central Management Services | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Rod Nance

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Courthouse<br>600 East Monroe Street<br>Springfield, IL 62701 | Courtroom No.: Courtroom No. 2, Judge Mills |
| | Date and Time: 08/27/2018 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  07/02/2018

*CLERK OF COURT*

_____          s/ Deborah Barnes         _____AAG Deb Barnes_____
*Signature of Clerk or Deputy Clerk*                                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:
Asst. Attorney General Deborah Barnes, 500 S. 2nd Street, Springfield, IL 62701 / (217)782-1841

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 14-3001

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Rod Nance

on *(date)* 7/10/18 @ 8:40 AM

☒ I served the subpoena by delivering a copy to the named person as follows: RODNEY L. NANCE

on *(date)* 7/10/18 @ 8:40 AM ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 50.90 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/10/18

s/ Eric B. Cooper
*Server's signature*

ERIC B. COOPER AAG INVESTIGATOR BADGE #128
*Printed name and title*

500 S. 2ND STREET SPRINGFIELD, IL 62706
*Server's address*

Additional information regarding attempted service, etc.:

STATE OF ILLINOIS
                                    )SS.          CASE NUMBER: __14-3001__
COUNTY OF __SANGAMON__    )

## AFFIDAVIT OF SERVICE

I, __ERIC B. COOPER__, being first duly sworn, depose and state as follows:

I am an Investigator in the Office of the Attorney General, State of Illinois. Pursuant to 15 ILCS 205/4c investigators employed by the Attorney General have all the powers possessed by sheriffs.

I am over 21 years of age and not a party to this case.

I served the within __SUBPOENA__ and a copy of the attached __WITNESS FEE CHECK (#2514 $50.90)__ upon __RODNEY L. NANCE DOB C__, on the __10TH__ day of __JULY__, 20__18__ at approximately __8:40 AM__ by:

☒ PERSONAL service was made by giving a copy of the aforementioned __SUBPOENA & CHECK__ to __RODNEY L. NANCE__, __WHITE__ (Race), __54__ (Age), __MALE__ (Sex) personally at _____ in _____ __MENARD__ County, Illinois.

☐ SUBSTITUTE service on _____ was made by handing the aforementioned _____ to _____, a member of the same household, (who is 13 years of age or older) _____ (Race), _____ (Age), _____ (Sex) informing that person of the contents of the above cited document(s) on the ____ day of _____, 20____ at the hour of _____, at _____, in _____, County of _____, his/her usual place of residence and by placing the document(s) in the United States Mail on _____, with postage fully prepaid and addressed to the Respondent's last known address.

☐ CORPORATION OR PARTNERSHIP service on _____ by leaving a copy of the _____ and of the cited document(s) with _____, Registered Agent / Officer or Agent.

s/ Eric B. Cooper     BADGE # 128
Investigator
Office of the Attorney General

Subscribed and sworn to before me this __10TH__ day of __July__, 20__18__ at _____

s/ J. Anthony Willner
Notary Public

OFFICIAL SEAL
J. ANTHONY WILLNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-05-2020

Rev. 2/18/05