IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHERYL L. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 14-3001 |
| ) | |
| CENTRAL MANAGEMENT SERVICES, ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT'S MOTION TO AMEND FINAL PRE-TRIAL ORDER</u>**

Defendant CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, asks this court to enter an order amending the final pre-trial order. As grounds Defendant states as follows:

1. The final pre-trial conference in this matter was conducted in the presence of the Court on July 31, 2018; the final pre-trial order was entered August 1, 2018.

2. The undersigned and plaintiff's counsel have discussed the contents of the order, and have agreed to return to it, "whether Ed Gordon was similarly situated to Johnson and received better treatment than did she" as an issue of fact to be resolved at trial.

WHEREFORE, for the reasons stated, Defendant asks this Court to enter an order permitting the parties to file an amended final pretrial order adding the above-described issue as an issue of fact for trial.

Respectfully submitted,

CENTRAL MANAGEMENT SERVICES,

    Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendant,

By:   s/ Deborah Barnes
      Deborah Barnes #6187804
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois   62701
      (217) 782-1841 Phone
      (217) 782-8767 Fax
      E-Mail: dbarnes@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHERYL L. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 14-3001 |
| CENTRAL MANAGEMENT SERVICES, | ) ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, I presented the foregoing document, Defendant's Motion to Amend the Final Pretrial Order, to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

James P. Baker      bms@bbklegal.com

                                 s/ Deborah Barnes
                                 Deborah Barnes #6187804
                                 Assistant Attorney General
                                 Attorney for Defendant
                                 500 South Second Street
                                 Springfield, Illinois  62701
                                 (217) 782-1841 Telephone
                                 (217) 782-8767 Fax
                                 E-Mail: dbarnes@atg.state.il.us
                                    & gls@atg.state.il.us